Gen., Robert C. Flowers, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

This appeal is without redeeming merit. It would have been appropriate for the district court to have denied the certificate of probable cause, thus terminating the processing of an insubstantial claim.

Affirmed.

Robert W. Rust, U. S. Atty., Miami, Fla., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**George Steven TRABER, Defendant-Appellant.**

**Nos. 71–1462–71–1939**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Sept. 1, 1971.

**Frank TIFFANY, a/k/a "Tiff", Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 28828**
**Summary Calendar.****

United States Court of Appeals, Fifth Circuit.

Aug. 9, 1971.

Milton E. Grusmark, Miami Beach, Fla., for defendant-appellant.

Aaron Kravitch, Kravitch & Hendrix, Savannah, Ga., for petitioner-appellant.

Robert W. Rust, U. S. Atty., Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before THORNBERRY, CLARK and INGRAHAM, Circuit Judges.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** Rule 18, 5th Cir.; see Isbell Enterprises v. Citizens Casualty Co. of N.Y., 431 F. 2d 409, Part I (5th Cir. 1970).